1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JON HUMES,                          No.  2:18-cv-1110 KJN P

12                    Plaintiff,

13         v.                             ORDER

14    G. LEE,

15                    Defendant.

16

17         Plaintiff has filed a motion for extension of time to submit an application to proceed in

18    forma pauperis.  Good cause appearing, IT IS HEREBY ORDERED that:

19         1. Plaintiff's motion for an extension of time (ECF No. 5) is granted; and

20         2. Plaintiff is granted thirty days from the date of this order in which to submit an

21    application to proceed in forma pauperis.

22    Dated:  June 14, 2018

23

24    _____
      KENDALL J. NEWMAN
      UNITED STATES MAGISTRATE JUDGE
25
      /hume1110.36
26
27
28